# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2084
_____

CHARLIE J. WILLIAMS,

> Petitioner,

v.

MORRIS A. YOUNG, Sheriff,

> Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


January 24, 2025


PER CURIAM.

> DISMISSED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Charlie J. Williams, pro se, Petitioner.

Attorney General, Tallahassee, for Respondent.